J & J BUILDING CONTRACTORS, INC., A NEVADA COR-
PORATION, APPELLANT, v. SAVAGE CONSTRUCTION,
INC., A NEVADA CORPORATION, RESPONDENT.

No. 8354

October 20, 1976                                          555 P.2d 488

*John J. McCune* and *Paul J. Williams,* Reno, for Appellant.

*Robert A. Grayson,* Carson City, for Respondent.

## OPINION

*Per Curiam:*

After hearing argument of counsel, reviewing the record and considering the briefs on file herein, we conclude there is substantial, though conflicting, evidence to support the trial court's findings.

Where a trial court, sitting without a jury, makes a determination upon conflicting evidence, that determination will not be disturbed on appeal where, as here, it is supported by substantial evidence. Alves v. Bumguardner, 91 Nev. 799, 544 P.2d 436 (1975); County of Clark v. Lucas, 91 Nev. 263, 534 P.2d 499 (1975); Fletcher v. Fletcher, 89 Nev. 540, 516 P.2d 103 (1973).

Affirmed.